FIRST NATIONAL BANK OF EXETER v. WILLIAM J. ORCHARD.

FILED JANUARY 17, 1895. No. 5826.

Usury: ACTION TO RECOVER PENALTY: VENUE: WAIVER OF OB-JECTION TO SUIT IN WRONG COUNTY. The facts and questions of law involved in this case are substantially the same as in *Exeter Nat. Bank v. Orchard*, 43 Neb., 579, and on the authority of that case the judgment of the district court in this is affirmed.

ERROR from the district court of Fillmore county. Tried below before HASTINGS, J.

*E. A. Gilbert*, for plaintiff in error.

*Sedgwick & Power, contra.*

RAGAN, C.

The facts in this case, and the questions involved therein,. are substantially the same as in *Exeter Nat. Bank v. Orchard*, 43 Neb., 579, and the conclusion reached in that case is decisive of the questions involved in this. The judgment of the district court is

AFFIRMED.